UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE J. CAVAZOS,<br><br>                Petitioner,<br><br>   v.<br><br>TAMMY FOSS, Warden,<br><br>                Respondent. | No. 1:19-cv-00208-JLT (HC)<br><br>**ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**[Doc. 12]** |

On February 19, 2019, Petitioner filed a motion to proceed in forma pauperis. However, Petitioner already paid the filing fee for this case in the Northern District on February 8, 2019. (Doc. 8.) Therefore, the motion to proceed in forma pauperis is DISREGARDED.

IT IS SO ORDERED.

    Dated:   **February 22, 2019**                 **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE